# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **ANTHONY BONDS** | **CIV. ACTION NO. 3:21-04372** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERMAN JONES, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 34] having been considered, together with the written Objections [Doc. No. 35] filed by Plaintiff Anthony Bonds, and finding that the Magistrate Judge's Report and Recommendation is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's motion to enforce settlement [Doc. No. 27] is **DENIED**.

Monroe, Louisiana, this 3rd day of January 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ANTHONY BONDS** | **CIV. ACTION NO. 3:21-04372** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERMAN JONES, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

IT IS ORDERED that Plaintiff's motion to enforce settlement [doc. # 27] is DENIED.

Monroe, Louisiana, this _____ day of _____ 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE